

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00091-CV

## IN THE MATTER OF THE MARRIAGE OF
## PATRICIA DEE FERGUSON COY AND JOSE LUIS COY

**From the County Court at Law
Bosque County, Texas
Trial Court No. CV18079**

## MEMORANDUM OPINION

Appellant, Jose Louis Coy, and appellee, Patricia Dee Ferguson Coy, have filed a joint motion to dismiss this appeal pursuant to settlement. *See* TEX. R. APP. P. 42.1(a)(2). Dismissal of this appeal would not prevent a party from seeking relief to which they would otherwise be entitled. The motion is granted, and the appeal is dismissed. Further, pursuant to their joint motion, the parties will bear their own costs.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Motion granted; appeal dismissed
Opinion delivered and filed November 18, 2020
[CV06]

